JULIE M. MCCOY, Bar No. 129640
LAW OFFICES OF JULIE M. MCCOY
JACQUELYNE M. NGUYEN, Bar No. 249658
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC CHILDRESS,<br><br>Defendant | No. CV 11-0914<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Eric Childress, in the principal amount of $6,285.25 plus interest accrued to January 26, 2011, in the sum of $3,161.97; with interest accruing thereafter at daily rate of $1.42 until entry of judgment, for a total amount of **$9,447.22**.

DATED: 3/4/2011            By: TERRY NAFISI
                               Clerk of the Court

                               _____
                               Deputy Clerk
                               United States District Court